IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CODY LAWRENCE DUPONT,

                Plaintiff,

       v.

FRANK SKRAH; JEANETTE DAVIDSON;
CHUCK COLLINS; and LEVI JUSTMAN,

                Defendants.

No. 1:16-cv-00159-SB

ORDER

HERNÁNDEZ, District Judge:

Magistrate Judge Stacie Beckerman issued a Findings and Recommendation [31] on January 30, 2017, in which she recommends that the Court grant Defendants' unopposed motion for summary judgment.

Because neither party timely filed an objection to the Magistrate Judge's Findings and Recommendation, I am relieved of my obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v.*

*Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of

Magistrate Judge's report to which objections have been made). Having reviewed the legal

principles *de novo*, I find no error.

CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Findings & Recommendation [31].

Accordingly, the Court GRANTS Defendants' unopposed Motion for Summary Judgment [19].

This case is DISMISSED.

IT IS SO ORDERED.

DATED this _____ day of _____, 2017.

MARCO A. HERNÁNDEZ
United States District Judge